# EXHIBIT A

















50% OFF
EVERYTHING

LIMITED TIME ONLY. EXCLUSIONS APPLY.





50% OFF
EVERYTHING

BANANA REPUBLIC
FACTORY







Up to

# 50%
# OFF

EVERYTHING

BANANA REPUBLIC
FACTORY STORE

LIMITED TIME ONLY. EXCLUDES CASHMERE, LEATHER, CLEARANCE, BABY APPAREL AND ACCESSORIES,
BR EXCLUSIVES, THIRD-PARTY MERCHANDISE AND GIFT CARDS. DISCOUNT TAKEN AT REGISTER.









40% OFF

40% OFF

BANANA REPUBLIC
FACTORY



40%
OFF











40%
OFF

BANANA REPUBLIC
FACTORY



60% OFF
PANTS

50% OFF
GRAPHIC TEES

40% OFF
SHIRTS

30% OFF
LOGO HOODIES

BANANA REPUBLIC
FACTORY

BANANA REPUBLIC









SHORTS | S/M $19.99







40% OFF
EVERYTHING
$19.99
CHINO SHORTS













40-60% OFF
EVERYTHING







40-60% OFF
EVERYTHING



40% OFF
DRESSES

40% OFF
OUTERWEAR

BANANA REPUBLIC
FACTORY











NOW IN STORES

WE HAVE MORE SIZES THAN EVER

50% OFF
EVERYTHING

BANANA REPUBLIC
FACTORY



50% OFF
EVERYTHING





50% OFF
EVERYTHING









40-60% OFF
EVERYTHING





40-60% OFF
EVERYTHING





50%
OFF



50%
OFF



50%
OFF



50%
OFF



50% OFF



the DENIM SHOP

SKINNY
SLIM
STRAIGHT
BOOTCUT
DISTRESSED
WIDE LEG

50% OFF

EXTRA 25% OFF

50% OFF

50% OFF

50% OFF

GET an EXTRA 25% OFF





50%
OFF



HIGH-RISE
STRAIGHT

50%
OFF







# 50%
# OFF

LIMITED TIME ONLY. EXCLUDES CLEARANCE, LEATHER, SUEDE AND
CASHMERE APPAREL & ACCESSORIES, FRAGRANCE AND PERSONAL
CARE. ON EXCLUSIVE THIRD-PARTY MERCHANDISE AND GIFT
CARDS. DISCOUNT TAKEN AT REGISTER.

BANANA REPUBLIC

34 X 32

$85.00





50% OFF

MODERN



LEATHER
ACCESSORIES

50%
OFF



LEATHER
ACCESSORIES

50%
OFF









MEN'S PANTS
50% OFF

LEATHER
ACCESSORIES







50%
OFF



NEW
**BR BABY**

Discover well-made essentials for
the little ones in your life.
Available in sizes 0-24 months.

**50% OFF**