# EXHIBIT B





# COWL-NECK TOP

Extra 20% Off At Checkout

$65.00

~~$65.00~~ 40% off
Now $39.00



~~$65.00~~ 50% off
Now $32.50

~~$65.00~~ 63% off
$23.97



Color: **Tropical Berry**

**REGULAR**    PETITE

XXS    XS    S    M    L    XL

XXL

Select a Size

**40-60% OFF EVERYTHING**
PLUS, EXTRA 20% OFF PURCHASE











# EMBROIDERED MINI SHIFT DRESS

Extra 20% Off At Checkout

~~$140.00~~ 40% off
Now $84.00



Color: Black

~~XXS~~    XS    S    M    ~~L~~    ~~XL~~

~~XXL~~

**Select a Size**

Want it sooner? Find in store

40-60% OFF EVERYTHING
PLUS, EXTRA 20% OFF PURCHASE

FIT & SIZING    FABRIC & CARE    REVIEWS













