# EXHIBIT C













A TALE *of* FANTASY

UP TO 50% OFF EVERYTHING

SHOP WOMEN      SHOP MEN

Limited time. Excludes leather, clearance, third-party merchandise, baby apparel and accessories, suiting and Gift Cards. Online only. DETAILS

web.archive.org/web/20221001132737/https://bananarepublicfactory.gapfactory.com/

https://bananarepublicfactory.gapfactory.com/   Go    SEP **OCT** NOV
4,234 captures                                           ◀ **01** ▶
30 Jan 2010 - 13 Jul 2024                                2021 **2022** 2023

GAP  **BANANA REPUBLIC**        FREE SHIPPING ON $50+ FOR REWARDS MEMBERS  SIGN IN OR JOIN  DETAILS        Sign In
     **FACTORY**                                                                                            Your Account ∨

**Limited Time Only    Online Exclusive    EXTRA 20% OFF ON ORDERS $125+    No Code Needed**        Exclusions Apply

**BANANA REPUBLIC**
**FACTORY**

NEW    WOMEN    MEN    HERITAGE    BABY    CLEARANCE    BANANA REPUBLIC        Search

web.archive.org/web/20221001132737mp_/https://.../category.do?cid=1045503&ml...











web.archive.org/web/20221013045745/https://bananarepublicfactory.gapfactory.com/

INTERNET ARCHIVE WayBackMachine https://bananarepublicfactory.gapfactory.com/ Go

4,234 captures

SEP OCT NOV
13
2021 2022 2023
About this capture

NEW
WOMEN
MEN
HERITAGE
BABY
CLEARANCE
BANANA REPUBLIC
Search
A WORLD of FANTASY
UP TO 50% OFF EVERYTHING
SHOP WOMEN
SHOP MEN
Limited time only. Excludes leather, clearance, third-party merchandise, baby apparel and accessories, suiting and Gift Cards. DETAILS
FREE SHIPPING on ALL ORDERS
Limited time. DETAILS

https://web.archive.org/web/20221013045745mp_/https://bananarepublicfactory.gapfactory.com/browse/category.do?cid=1045503&mlink=5151,29578202,HP_BANNER_M_BG&clink=29578202

web.archive.org/web/20221110153053/https://bananarepublicfactory.gapfactory.com/

https://bananarepublicfactory.gapfactory.com/    Go    OCT **NOV** DEC

4,234 captures
30 Jan 2010 - 13 Jul 2024

2021 **2022** 2023

GIFTS    NEW    WOMEN    MEN    HERITAGE    BABY    CLEARANCE    BANANA REPUBLIC    Search

HOLIDAY PREVIEW EVENT
50% OFF EVERYTHING

SHOP WOMEN    SHOP MEN

Limited time only. Excludes leather, clearance, third-party merchandise, baby apparel and accessories, suiting, cashmere, BR Premiere and Gift Cards. DETAILS

web.archive.org/web/20221110153053mp_/https://.../category.do?cid=1145413&...



web.archive.org/web/20240319114412/https://bananarepublicfactory.gapfactory.com/

anarepublicfactory.gapfactory.com/ | Go | FEB
ures
15 Jul 2024  2023

**BANANA REPUBLIC**
**FACTORY**

Free shipping on $50+ for Rewards Members SIGN IN OR JOIN  DETAILS

Sign In
Your Account ▾



THE SPRING-FORWARD EVENT   **50% OFF EVERYTHING + EXTRA 20% OFF PURCHASE**   No Code Needed   Limited Time Only

Exclus

**BANANA REPUBLIC**
**FACTORY**

NEW      WOMEN      MEN      LINEN      SUITING      CLEARANCE      BANANA REPUBLIC

Search

# THE SPRING-FORWARD EVENT

# 50% OFF EVERYTHING

## + EXTRA 25% OFF* WITH YOUR GAP INC. CREDIT CARD.

CODE: BRCARDVIP

SHOP WOMEN      SHOP MEN

Limited time. Excludes Clearance, Leather and Suede Apparel & Accessories, and Gift Cards. *DETAILS

/20240319114412mp_/https://bananarepublicfactory.gapfactory.com/browse/category.do?cid=1145487&mlink=1038093,30017186,HP_BANNER_W_BG





web.archive.org/web/20240419153519/https://bananarepublicfactory.gapfactory.com/

https://bananarepublicfactory.gapfactory.com/   Go   MAR  APR  MAY
4,130 captures                                               2023  19  2025
                                                                   2024

GAP          BANANA REPUBLIC                    Free shipping on $50+ for Rewards Members  SIGN IN or JOIN  DETAILS           Sign In
FACTORY      FACTORY                                                                                                         Your Account

UP TO 50% OFF EVERYTHING + EXTRA 20% OFF PURCHASE (AND EARN STYLECASH, TOO!)   No Code Needed   Limited Time Only        Exclusions Apply

BANANA REPUBLIC
FACTORY

NEW     WOMEN     MEN     LINEN     SUITING     CLEARANCE     BANANA REPUBLIC                    Search   🔍

THE SPRING SALE

# UP TO 50% OFF EVERYTHING

| SHOP WOMEN | SHOP MEN | WOMEN'S CLEARANCE | MEN'S CLEARANCE |

Limited time. Excludes Clearance, Leather and Suede Apparel & Accessories and Gift Cards. DETAILS





# NEW ARRIVALS FROM $25

Explore 350+ must-have summer styles.

WOMEN'S NEW ARRIVALS    MEN'S NEW ARRIVALS

web.archive.org/web/20240524185230/https://bananarepublicfactory.gapfactory.com/

https://bananarepublicfactory.gapfactory.com/

4,130 captures
30 Jul 2016 - 16 Jul 2024

APR   MAY   JUN
2023   24   2025
       2024

About this capture

GAP FACTORY    BANANA REPUBLIC FACTORY

Free shipping on $50+ for Rewards Members   SIGN IN OR JOIN   DETAILS

SUMMER ARRIVAL EVENT   50-70% OFF EVERYTHING + EXTRA 25% OFF PURCHASE   No Code Needed   Limited Time Only   Exclusions Apply

BANANA REPUBLIC
FACTORY

NEW        WOMEN        MEN        LINEN        SUITING        CLEARANCE                Search

SUMMER ARRIVAL EVENT

# 50-70% OFF
# EVERYTHING

| SHOP WOMEN | SHOP MEN |

https://web.archive.org/web/20240524185230/https://bananarepublicfactory.gapfactory.com/browse/category.do?cid=1145487&mlink=1038093,30017186,HP_BANNER_W_BG

web.archive.org/web/20240601022549/https://bananarepublicfactory.gapfactory.com/

INTERNET ARCHIVE
WayBack Machine
https://bananarepublicf.actory.gapfactory.com/
4,130 captures
30 Jan 2016 – 16 Jul 2024

GAP FACTORY    BANANA REPUBLIC FACTORY

Free shipping on $50+ for Rewards Members  SIGN IN OR JOIN  DETAILS

SUMMER ARRIVAL EVENT    50-70% OFF EVERYTHING + EXTRA 25% OFF PURCHASE    No Code Needed    Limited Time    Online Only    Exclusions Apply

BANANA REPUBLIC
FACTORY

NEW        WOMEN        MEN        LINEN        SUITING        CLEARANCE        Search

SUMMER ARRIVAL EVENT

# 50-70% OFF EVERYTHING

SHOP WOMEN        SHOP MEN

https://web.archive.org/web/20240601022549/https://bananarepublicfactory.gapfactory.com/browse/category.do?cid=1145487&mlink=1038093,30017186,HP_BANNER_W_BG

web.archive.org/web/20240612132341/https://bananarepublicfactory.gapfactory.com/

https://bananarepublicfactory.gapfactory.com/

4,130 captures

MAY JUN JUL
2023 **12** 2023
2024

GAP
FACTORY

BANANA REPUBLIC
FACTORY

Free shipping on $50+ for Rewards Members SIGN IN OR JOIN DETAILS

Sign In
Your Account ▾

40-60% OFF EVERYTHING + EXTRA 15% OFF PURCHASE   No Code Needed   Limited Time   Online Only      Exclusions Apply

BANANA REPUBLIC
FACTORY

NEW       WOMEN       MEN       LINEN       SUITING       CLEARANCE

Search

# 40-60% OFF EVERYTHING

SHOP WOMEN          SHOP MEN

Limited time. Excludes Leather and Suede Accessories, Clearance and Gift Cards. Online only.  DETAILS

https://web.archive.org/web/20240612132341mp_/https://bananarepublicfactory.gapfactory.com/browse/category.do?cid=1145487&mlink=1038093,30017186,HP_BANNER_W_BG

web.archive.org/web/20240624023814/https://bananarepublicfactory.gapfactory.com/

INTERNET ARCHIVE WaybackMachine
https://bananarepublicfactory.gapfactory.com/ Go
4,242 captures
2024
MAY JUN JUL
2023 24 2024 2025
About this capture

GAP FACTORY BANANA REPUBLIC FACTORY

Free shipping on $50+ for Rewards Members SIGN IN OR JOIN DETAILS

CARDMEMBERS 50% OFF + EXTRA 25% OFF PURCHASE with your Gap Inc. Credit Card Code: BRCARDVIP Ends 6/27 Exclusions Apply Details

BANANA REPUBLIC FACTORY
NEW
WOMEN
MEN
LINEN
SUITING
CLEARANCE
Search
SUMMER ESSENTIALS EVENT
50% OFF EVERYTHING
SHOP WOMEN
SHOP MEN

https://web.archive.org/web/20240624023814/https://bananarepublicfactory.gapfactory.com/browse/category.do?cid=1145487&mlink=1038093,30017186,HP_BANNER_W_BG