# EXHIBIT D

Banana Republic Factory Outlet



| | Graphic Tees | Sleeveless Tops | Tee Shirts | V-Neck Shirts |
|---|---|---|---|---|
| Description: | | | | |
| Reference Price: | $34.99 | $23.99 | $20.00 | $29.99 |
| Sale Price: | 50% Off | $7.99 | 40% Off | 60% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

| | Womens Blazer | White Denim Jeans | Jeans | Shift Dress |
|---|---|---|---|---|
| Description: | | | | |
| Reference Price: | $180.00 | $80.00 | $90.00 | $89.99 |
| Sale Price: | 50% Off | 50% Off | 50% Off | 50% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

Banana Republic Factory Outlet



| Description: | Grey Slacks | Tan Trench Coat | Green shorts | Button Up Shirt |
|---|---|---|---|---|
| Reference Price: | $90.00 | $180.00 | $56.99 | $65.00 |
| Sale Price: | 50% Off | 50% Off | 50% Off | 50% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

| Description: | Black Cargo Pants | Faux Leather Pants | Cardigan | Sleeveless Top |
|---|---|---|---|---|
| Reference Price: | $100.00 | $110.00 | $65.00 | $80.00 |
| Sale Price: | 50% Off | 30% Off | 40% Off | 30% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

Banana Republic Factory Outlet

| Description: | Faux Leather Skirt | Dress | Green Drawstring Short | Army Green Cutoff |
|---|---|---|---|---|
| Reference Price: | $80.00 | $120.00 | $54.99 | $35.00 |
| Sale Price: | 40% Off | 40% Off | 30% Off | 60% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

| Description: | Shorts | White Denim Shorts | Belt Dress | Cross Back Blouse |
|---|---|---|---|---|
| Reference Price: | $69.99 | $64.99 | $69.99 | $55.00 |
| Sale Price: | $19.99 | $19.99 | 40% Off | 40% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

Banana Republic Factory Outlet



| Description: | Colored Polo Shirts | Mens Blazer | Chino Pants | Belted Khaki Short |
|---|---|---|---|---|
| Reference Price: | $39.99 | $189.99 | $70.00 | $64.99 |
| Sale Price: | 40% Off | 20% Off | 40% Off | $19.99 |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |

| Description: | Black Denim | Long Sleeve Blouse | Romper | Ribbed Sweater |
|---|---|---|---|---|
| Reference Price: | $70.00 | $95.00 | $120.00 | $70.00 |
| Sale Price: | 40% Off | 40% Off | 50% Off | 50% Off |
| Date: | 7/18/2022 | | | |
| Continuously discounted through: | 3/30/2023 | | | |