# EXHIBIT E



```
                492 Great Mall Drive
                 Milpitas CA 95035-8028
                     (408) 946-1730

 05/25/2024                          05:36:27 PM
 Trans.: 3413                        Store: 02920
 Reg.: 304
 Cashier: 3476189                    Valid No: 6983
                        SALE

            |||||||||||||||||||||||||||
            02920304341320240525 6983

 WASHWELL TRAVE                           47.50 T
   599227-031-3230                      1 @ 95.00
   Item Discount 50.0%
   210 - M PANTS - 50                      -47.50

 TAILORED FIT S                          150.00 T
   432435-001-4201                     1 @ 300.00
   Item Discount 50.0%
   212 - M SUITING -                      -150.00

 SL SILKY TWILL                           70.00 T
   452020-001-0010                     1 @ 140.00
   Item Discount 50.0%
   W DRESSES-50 %                          -70.00

 Total Discount                          -267.50

 Subtotal                                 267.50
 T1 Taxable Amount                        267.50
 T1 (9.375%) Tax                           25.08
 Total Tax                                 25.08
 Total                                    292.58

 VISA                                     292.58
   Entry Method:              Contactless
   Account:             XXXXXXXXXXXX8806
   Auth:                 AUTH 005480 (A)
   Application Label:                  VISA
   AID:                    A0000000031010
   TVR:                          0000000000
   TSI:                                0000

 Total Tender                             292.58

          We'd love to hear your feedback!
         Please take our 2-minute survey:
       https://survey.medallia.com/brfs-feedback

   Banana Republic Factory merchandise cannot be returned
                at a Banana Republic Store.

   Returns with sales receipt accepted within 30 days of
   purchase. Final Sale items are not eligible for returns
   or adjustments. Additional terms and restrictions
   apply. See online or store associate for full store
                    return policy details.
```