**LYNCH CARPENTER LLP**
Matthew J. Zevin (CA 170736)
mattz@lcllp.com
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Connor J. Porzio (CA 351998)
connor@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:    619.762.1900
Facsimile:    858.313.1850

*Attorneys for Plaintiffs and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA FRENCH and CHANG CHO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANANA REPUBLIC LLC, a California limited liability company, BANANA REPUBLIC (APPAREL) LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-05216-VC<br><br>**DECLARATION IN SUPPORT OF JURISDICTION** |

I, Matthew J. Zevin, declare under penalty of perjury the following:

1.     I am an attorney duly licensed to practice before all of the courts in the State of California. I am a partner of Lynch Carpenter, LLP, and the counsel of record for Plaintiffs Natasha French and Chang Cho in the above-entitled action.

2.     On information and belief, each Defendant is headquartered in the County of San Francisco. Defendants conduct sufficient business with sufficient minimum contacts in California, and/or otherwise intentionally avail themselves to the California market through the operation of brick-and-mortar Banana Republic Factory stores within the State of California, including in the County of San

Francisco, and the e-commerce website bananarepublicfactory.gapfactory.com which has caused both obligations and liability of Defendants to arise in the County of San Francisco.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 20, 2024, in San Diego, California.

          **LYNCH CARPENTER, LLP**

By: */s/ Matthew J. Zevin*
Matthew J. Zevin (CA 170736)
mattz@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:  (619) 762-1910
Facsimile:  (858) 313-1850

*Attorneys for Plaintiffs and
Proposed Class Counsel*